RALPH MOSS, Individually and as Surviving Executor of SOLOMON D. MOSS, Deceased, Appellant, *v.* JACOB COHEN and SOLOMON D. COHEN as Administrator of FANNY COHEN, Deceased, Respondents.

(Submitted May 8, 1899; decided May 12, 1899.)

Motion to request the Supreme Court to return remittitur and order that plaintiff show cause why it should not be amended, denied, without costs, and without prejudice to the right to renew the motion upon notice.   (See 158 N. Y. 240.)

---

SOLOMON HEXTER, Respondent, *v.* PENNSYLVANIA RAILROAD COMPANY, Appellant.

*Hexter* v. *Pennsylvania R. R. Co.*, 38 App. Div. 619, appeal dismissed.
(Submitted May 8, 1899; decided May 12, 1899.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 10, 1899, reversing an order of the trial court setting aside a verdict for plaintiff and granting a new trial, and from the judgment entered upon the verdict.

The motion was made upon the ground that the Court of Appeals has no jurisdiction to entertain the appeal.

*Samuel H. Randall* for motion.

*Harry Galbraith Ward* opposed.

Motion granted and appeal dismissed, with costs.